# *Ex Parte* Smith.

### *Application for Mandamus.*

1. *Petition for mandamus; when it will not be considered by this court.* This court will not consider a petition for *mandamus*, to compel a probate judge to hear and determine evidence on a writ of *habeas corpus* seeking to review the petitioner's commitment by a justice of the peace on a charge of felony, where the record consists of a petition simply narrative of the facts, and averring that the probate judge declined to take jurisdiction, and dismissed the petition and writ of *habeas corpus*, there being no bill of exceptions, or entry of record showing the action of the court.

2. *Same; proper practice on application for in this court.* The proper practice in such cases is for the petitioner to reserve a bill of exceptions; and in the absence thereof, the case is not properly presented for the consideration of this court.

Application to this court for a writ of *mandamus.*

The facts are stated in the opinion.

W. W. WHITESIDE, for petitioner.

SOMERVILLE, J.—This is an application on the part of the petitioner, Smith, for a writ of *mandamus*, to compel the probate judge of Calhoun county to hear and determine evidence on writ of *habeas corpus*, seeking to review the petitioner's commitment by a justice of the peace on a charge of assault with intent to murder.

The record before us consists of a petition simply narrative of the facts, accompanied with the averment that the probate judge declined jurisdiction and dismissed the petition and writ of *habeas corpus*. The facts are admitted by the probate judge to be stated correctly in the petition—this admission being in writing. There is no bill of exceptions reserved, and no record showing the action of the court other than the averments of the petition.

The proper practice in cases of this character is for the petitioner to reserve a bill of exceptions, and in the absence of it, the case is not presented properly for the consideration of this

[Hooper v. Savannah & Memphis R. R. Co.]

court.—*Ex parte South & North R. R. Co.*, 65 Ala. 599; *Ex parte Dickson*, 64 Ala. 188; *Ex parte Brown*, 65 Ala. 446; *Ex parte Nettles*, 58 Ala. 268; *Ex parte Croom & May*, 19 Ala. 561.

The application is denied with costs.